BEFORE THE SECOND DIVISION, JUNE 10, 1965

No. 69362.—Terra International Co., Ltd. *v.* United States, protests 61/17864, 63/8208, and 64/2801 (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of battery-operated mixers similar in all material respects to those the subject of Abstract 68674, the claim of the plaintiff was sustained.